IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JEROME MADISON, | § | |
| | § | No. 247, 2018 |
| Defendant-Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | ID No. N1312014951 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | | |

Submitted: December 5, 2018
Decided:　　December 11, 2018

Before **STRINE, CHIEF JUSTICE; SEITZ**, and **TRAYNOR**, Justices.

# **O R D E R**

This 11th day of December, 2018, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its April 11, 2018 Memorandum Opinion and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice